**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 97-2534**

───────────

In Re: ELVIRA M. WHITE

──────────────────────────

ELVIRA M. WHITE,

Plaintiff - Appellant,

versus

DISCIPLINARY COMMITTEE OF THIS COURT, UNITED
STATES DISTRICT COURT FOR THE DISTRICT OF
MARYLAND,

Defendant - Appellee.

───────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, Chief District Judge.
(CA-97-170)

───────────

Submitted:  August 31, 1998      Decided:  September 17, 1998

───────────

Before WIDENER and WILKINS, Circuit Judges, and HALL, Senior
Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Elvira M. White, Appellant Pro Se.  Stephen Joseph Immelt, HOGAN &
HARTSON, Baltimore, Maryland, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Elvira M. White appeals the order of the United States District Court for the District of Maryland indefinitely suspending her from practicing law before that court. We have reviewed the record and the district court's opinion accepting the disciplinary committee's recommendation and find no abuse of discretion. Accordingly, we affirm on the reasoning of the district court. White v. Disciplinary Comm., No. CA-97-170 (D. Md. Oct. 1, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED